# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN THOMAS URRY,<br><br>Defendant. | Case No. CR 22-12-GF-BMM<br><br>ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |

Defendant Benjamin Thomas Urry, having filed an Unopposed Motion to Amend Pretrial Release Conditions;

IT IS HEREBY ORDERED that Paragraph (s) of the Order Setting Conditions of Release be modified to read, "Mr. Urry is permitted one device capable of Internet for the sole purpose of using the KBSPresence application for clocking in and out of work, which will be the sole application on the device, and the only purpose for which the internet is used; no contact with children under age 18, Adam Walsh conditions apply." (Doc. 18).

DATED this 11th day of May, 2022.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court