# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN THOMAS URRY,<br><br>Defendant. | CR 22-12-GF-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Benjamin Thomas Urry, pled guilty to one charge in a Superseding Information, which provides a factual basis and cause to issue a forfeiture order forfeiting the cellular devices described in the Superseding Information under 18 U.S.C. § 2253(a); and

THAT prior to the disposition of the asset, the United States Marshal's Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives; the Drug Enforcement Administration, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Urry's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- one LG cellular phone, model LG L555DL;

- one Samsung cellular phone, model SCH-I1545 seized from his residence on January 20, 2021; and

- one Samsung Galaxy cellular phone, model A12 seized on October 7, 2021;

THAT the United States Marshal's Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives; the Drug Enforcement Administration, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253, and incorporating the provision of 21 U.S.C. § 853, *see* 18 U.S.C. § 2253(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 1st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court