IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BENJAMIN THOMAS URRY, Defendant. | CR 22-12-GF-BMM FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 50.) The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 2253(a);

THAT a Preliminary Order of Forfeiture was entered on November 1, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 2253(a), and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253 and 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

1) one LG cellular phone, model LG L555DL;

2) one Samsung cellular phone, model SCH-I1545 seized from his residence on January 20, 2021; and

3) one Samsung Galaxy cellular phone, model A12 seized on October 7, 2021;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 26th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court